IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MELVIN MARQUEZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 126-047 |
| WASHINGTON STATE PRISON and LT. WOODS, | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though the actions complained of were allegedly taken against Plaintiff while he was housed at Washington State Prison in Davisboro, Georgia. (See doc. no. 1.) As Davisboro is located in Washington County in the Middle District of Georgia, the proper venue is the Macon Division of that District Court. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. For Plaintiff's information, the mailing address for future filings in the Macon Division is: Clerk, U.S. District Court, P.O. Box 128, Macon, GA 31202.

SO ORDERED this 9th day of March, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA